NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER S. ORENSHTEYN,**
*Plaintiff-Appellant,*

**v.**

**CITRIX SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1308

---

Appeal from the United States District Court for the Southern District of Florida in No. 02-CV-60478, Judge Adalberto Jordan.

---

**JUDGMENT**

---

JOSEPH J. ZITO, Zito, *tlp*, of Washington, DC, argued for plaintiff-appellant. With him on the brief was EMERSON V. BRIGGS, III.

DOUGLAS J. KLINE, Goodwin Procter, LLP, of Boston, Massachusetts, argued for defendant-appellee. With him on the brief were WILLIAM A. MEUNIER; TIMOTHY J. ROUSSEAU, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and PROST, *Circuit Judges).*

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 11, 2013 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |